JS-6

NITED STATES DISTRICT CO RT

CENTRAL DISTRICT OF CALIFORNIA

SAMSON WINCHESTER, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

v.

AMERICAN AIRLINES, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-03040-PA-DMK

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(ii)**

On September 9, 2026, the Parties filed a Joint Stipulation for Dismissal of Action without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation pursuant to Rule 41(a)(1)(ii) and ORDERS as follows:

1. The above-captioned action is dismissed without prejudice pursuant to the Parties' Joint Stipulation;

2. Each Party is to bear their own attorneys' fees and costs in connection with this action and its dismissal;

3. The hearing on Plaintiff's Motion for Class Certification, currently set to be heard on November 9, 2026 at 1:30 p.m., and all other pending class certification and case management dates, are hereby vacated.

**IT IS SO ORDERED.**

Dated: September 09, 2026

Percy Anderson
United States District Judge